**Order entered September 21, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00534-CV

### KELLY D. HOLLINGSWORTH, ET AL., Appellants

### V.

### WALAAL CORPORATION D/B/A AMBASSADOR CAB, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03638**

## ORDER

Before the Court is appellants' September 19, 2018 motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **October 9, 2018**.

/s/    ADA BROWN
       JUSTICE